UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND MANZANILLO,

Plaintiff,

v.

JOHN MOULTON, et al.,

Defendants.

Case No. 13-cv-02174-JST (PR)

**SECOND ORDER ADDRESSING PLAINTIFF'S DISCOVERY MOTION**

Re: Dkt. No. 26

Plaintiff, an inmate at Pelican Bay State Prison ("PBSP") proceeding pro se, filed an amended civil rights complaint under 42 U.S.C. § 1983, against prison officials, claiming excessive force, retaliation, and denial of due process. By order filed November 5, 2013, the Court granted plaintiff's request to conduct written depositions of two non-parties, Dr. Innena Ikegbu and Dr. Christina Rich, pursuant to Federal Rule of Civil Procedure 31. Although, typically, a deponent answers written deposition questions orally and in the presence of a court officer, see Fed. R. Civ. P. 31(b), the Court modified the procedure to allow the deponents to provide written answers to the written deposition questions.

Plaintiff has provided his list of questions. The Clerk of Court will be directed to append these questions as Exhibit A to this order.

Accordingly, the Court orders as follows:

1. The Clerk of Court is directed to append ECF pages 7-11 and 16-23 of Docket No. 26 as Exhibit A to this order.

2. Defendants have **thirty (30)** days from the date of this order to: (1) submit questions of their own; and (2) prepare the final questions in a form that provides space for the

1  deponent to write his or her answer beneath each question. Defendants shall submit the final
2  questions to the Court. The Court will then forward the questions to the deponents using the
3  addresses already provided by plaintiff.

4     3. If defendants do not wish to submit questions of their own, they must so notify the
5  Court within **thirty (30)** days from the date of this order, and the Court will forward the questions
6  to the deponents on the forms already provided by plaintiff.

7     4. The deponents shall, within **thirty (30)** days of receipt of the questions, write out
8  answers to the questions on the forms provided, swear to their truthfulness by verification, and
9  return them to the Court. The Clerk of the Court will then forward copies of the answers to the
10 parties.

11 This order terminates Docket No. 26.

12 **IT IS SO ORDERED.**

13 Dated: December 8, 2013

_____
JON S. TIGAR
United States District Judge