UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND MANZANILLO,

    Plaintiff,

    v.

JOHN MOULTON, et al.,

    Defendants.

Case No. 13-cv-02174-JST (PR)

**ORDER DIRECTING CLERK TO SIGN AND U.S. MARSHAL TO SERVE SUBPOENAS**

In response to the Court's November 5, 2013 order granting plaintiff leave to conduct written depositions of two non-parties, Dr. Innena Ikegbu and Dr. Christina Rich, plaintiff has asked the Court to issue and serve subpoenas and attached written questions on said non-parties. The subpoena and attached questions for Dr. Innena Ikegbu are provided at Exhibit 1 to Docket No. 26. The subpoena and attached questions for Dr. Christina Rich are provided at Exhibit 2 to Docket No. 26. Plaintiff's request is GRANTED. The Court directs the Clerk of the Court to sign the aforementioned subpoenas, and deliver them to the U.S. Marshal for service forthwith. As stated in the Court's December 11, 2013 order (Dkt. No. 31), the deponents shall, within **thirty (30)** days of receipt of the questions, write out answers to the questions on the forms provided, swear to their truthfulness by verification, and return them to the Court. The Clerk of the Court will then forward copies of the answers to the parties.

**IT IS SO ORDERED.**

Dated: January 14, 2014

_____
JON S. TIGAR
United States District Judge